Appendix -

Letter advising Paul Padilla Jr., of his right under *Anders v. California*

# LAW OFFICES OF
# JAMES L. BRUNER
8118 Datapoint Dr
San Antonio, Texas 78229

Telephone (210) 736-2291

Fax: (210) 736-4503

August 30, 2016

Mr. Paul Padilla
SID# 538996
TDS#05012676
Bexar County Detention Center
200 Comal St.
San Antonio, Texas 78207

> Re:     Paul Padilla Jr
>          Appeal No. 04-16-00389-CR
>          Cause No.  2014-CR-2112

Dear Mr. Padilla:

I am the attorney who has been appointed in this case. This letter is to advise you that I have completed my review of your appellate case, and have determined that your case presents no errors that merit an appeal. In other words, I have not been able to find any errors in the record that would support a reversal of your case.

I am enclosing a copy of the brief that I have drafted and filed, which reflects the fact that I was unable to find reversible error. I have also enclosed a copy of my Motion to Withdraw, which I filed with the appellate court. Such action is required where an appointed appellate attorney asserts that there are no meritorious points of error.

You have the right to review the record to see if you can find any error, and you may file a brief of your own. The Court of Appeals should be sending you a scheduling order relating to when your brief would be due. Typically, you will have 30 to 60 days from the date of the scheduling order to file a *pro se* brief if you choose to do so. If you decide to write your own brief, you may request a copy of the record from the Bexar County District Clerk. To do so, you will need to contact the clerk at (210) 335-2113. The mailing address is Ms. Donna Kay McKinney,

Bexar County District Clerk, Transcripts and Appeals Section, Paul Elizondo Tower, 101 Nueva St., San Antonio, Tx 78205. The Fourth Court of Appeals may be contacted at (210) 335-2635, and their address is: Fourth Court of Appeals, Cadena-Reeves Justice Center, 300 Dolorosa St., Suite 3200, San Antonio, Texas 78205-3037.

If the Fourth Court of Appeals sustains my conclusion that the appeal is frivolous, you may challenge the finding by filing a petition for discretionary review with the Court of Criminal Appeals of Texas. The granting of a petition is completely discretionary with the Court of Criminal Appeals. They may or may not grant a petition and hear your case, for whatever reason they choose.

This concludes my representation of you on this matter, other than to advise you of your further rights after the Court of Appeals makes its decision. I will however stand ready to answer any questions about the process that you may have. Good Luck.

Sincerely,

James L. Bruner

Enclosures

Certified Mail - return receipt requested
Certified No. 7015 1520 0002 3768 8993
JLB/vv